IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO: 7:23-CR-045 (WLS) |
| JUDITH ALANE CHAVIS, | : | |
| Defendant. | : | |

## ORDER

Before the Court is the Unopposed Motion to Continue Trial in the Interest of Justice (Doc. 22) ("Motion"). Therein, Defense Counsel requests a continuance of the trial of this matter from the November 2023 trial term to the next Valdosta trial term. Defense Counsel states that although she received the Government's discovery in May of 2023, she is still waiting to receive records relevant to Defendant's defense. Defense Counsel also notes that the Government does not oppose the instant Motion.

Based on the Defendant's stated reasons, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 22) is **GRANTED**.

The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division **February 2024 trial term** and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, is **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to

1

grant a continuance (a) would likely result in a miscarriage of justice, and (b) would deny Defense Counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

    **SO ORDERED**, this __11th__ day of September 2023.

                                              __/s/ W. Louis Sands__
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**