IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| v. : | |
| **JUDITH ALANE CHAVIS,** : | **CASE NO: 7:23-CR-045 (WLS)** |
| **Defendant.** : | |
| _____ | |

**ORDER**

On January 10, 2024, the Court held a Pretrial Conference in this case. At the Pretrial Conference Government's Counsel notified the Court that the Government is ready to proceed to trial. However, the Parties are close to reaching an agreement and Government's Counsel anticipated that Defense Counsel would request a continuance to review that possibility. The Government does not oppose a continuance. Defense Counsel requested a six-month continuance to permit the Defendant to arrange financing to pay restitution in full prior to entering into a plea agreement with the hope that the Government would then recommend a sentence of home confinement.[1] This is the first time this matter has been on the Court's trial calendar. The Court advised the Parties that it would provisionally grant a continuance, but that Defense Counsel would be required to file a motion requesting the continuance, the basis for the continuance, and Defendant's agreement that the period of delay in holding the trial is excludable under the Speedy Trial Act 18 U.S.C. § 3161. The Government's agreement to the continuance is to be provided in the motion or by separate response.

The Court enters this Order to memorialize the instructions given at the Pretrial Conference regarding the filing of the motion.

---

[1] As Counsel for the Government and the Defense are aware, while the Court may consider the Government's recommendation in sentencing, the Court is not bound by such recommendation. Both Counsel are responsible for ensuring that Defendant is cognizant of this fact.

1

Accordingly, Defendant is hereby **ORDERED** to file the motion to continue as discussed at the Pretrial Conference on or before **Tuesday, January 16, 2024**.[2] If the Government's agreement is not reflected in such motion, the Government shall file a response immediately upon reviewing the Defendant's motion.

**SO ORDERED**, this 11th day of January 2024.

/s/   W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[2] January 15, 2024, is a National Holiday—Martin Luther King Day. Therefore, Court adjusted the due date for Defense Counsel to file the motion to continue to Tuesday, January 16, 2024.