IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NO: 7:23-CR-045 (WLS) |
| JUDITH ALANE CHAVIS, | : |
| Defendant. | : |

## ORDER

At the Pretrial Conference held on January 10, 2024, the Defendant requested a six-month continuance to permit the Defendant to arrange financing to pay restitution in full prior to entering into a plea agreement with the hope that the Government would then recommend a sentence of home confinement. The Court granted Defendant's request contingent on Defendant filing a motion requesting the continuance and Defendant's agreement that the period of delay in holding the trial is excludable under the Speedy Trial Act 18 U.S.C. § 3161. The Court entered an Order (Doc. 33) memorializing the Pretrial Conference.

Presently before the Court is Defendant's Motion to Continue (Doc. 34) ("Motion"). Therein, Defense Counsel requests a six-month continuance of the trial for the reasons stated at the Pretrial Conference. Defense Counsel states that "[t]he Defendant waives her right to a speedy trial" (Doc. 34 ¶ 3).[1] He further represents that the Government does not oppose the instant Motion.

Based on the Defendant's stated reasons, the Court finds that the ends of justice served by granting a continuance to allow Defendant to pay restitution in full outweigh the best

---

[1] The Court notes "a defendant may not prospectively waive the application of the [Speedy Trial] Act." *Zedner v. United States*, 547 U.S. 489, 503 (2006) Thus, Defendant's waiver of her right to a speedy trial is applicable only to the continuance granted herein.

1

interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Motion (Doc. 34) is **GRANTED**.

The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division **August 2024 trial term** and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, is **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance (a) would likely result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 17th day of January 2024.

                                                        /s/ W. Louis Sands
                                                        **W. LOUIS SANDS, SR. JUDGE**
                                                        **UNITED STATES DISTRICT COURT**