IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| v. : | |
| JUDITH ALANE CHAVIS, : | CASE NO: 7:23-CR-045 (WLS) |
| Defendant. : | |

## ORDER

On January 8, 2025, the United States Probation Office ("USPO") via memorandum requested a continuance of Defendant Judith Alane Chavis's sentencing hearing. On October 30, 2024, Defendant pled guilty to all ten counts in the Indictment which charge Defendant with five counts of Wire Fraud in Connection with a Disaster Benefit, in violation of 18 U.S.C. § 1343; four counts of Money Laundering, in violation of 18 U.S.C. § 1957; and one count of Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(A)(i). The USPO requests a continuance because due to the nature of the offense and the volume of discovery, the probation office has not yet concluded the presentence investigation. The probation officer represents that Defendant's counsel does not object to the continuance and believes the continuance will benefit the Defendant as well by allowing her additional time to raise the amount necessary to pay restitution. The USPO requests a continuance of the sentencing hearing to mid-March or later.

This Court is required by Federal Rule of Criminal Procedure 32(b)(1) to "impose a sentence without unnecessary delay." Defendant entered a plea of guilty in this matter on October 30, 2024. However, as a thorough presentence investigation report is necessary to assist the Court in determining a sentence that is "sufficient, but not greater than necessary" to serve the purposes of sentencing set forth in 18 U.S.C. § 3553(a), the Court finds that a continuance of Defendant's sentencing in this matter is appropriate.

Accordingly, it is hereby **ORDERED** that the Sentencing Hearing scheduled to take place on January 29, 2025, is **CANCELLED.** Defendant's sentencing hearing is rescheduled for **Wednesday, March 26, 2025, at 3:00 p.m.**, to be held in Albany, Georgia.

**SO ORDERED**, this 9th day of January 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**